```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 00911
   RICARDO ROMAN
   IRMA J ROMAN                                 CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

          Debtor
   SSN XXX-XX-5126      SSN XXX-XX-5350
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/19/07 and confirmed on 04/27/07.

    2.  The case was dismissed after confirmation, 09/12/2008.

    3.  The Debtor paid a total of $  48864.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| HOME LOAN SERVICES INC | CURRENT MORTG | .00 | .00 | .00 |
| FIRST BANK & TRUST EVANS | SECURED VEHIC | 3806.07 | 14.39 | 3806.07 |
| GREAT LAKES CREDIT UNION | SECURED VEHIC | 15632.98 | 1147.15 | 14091.84 |
| LAKE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 2718.72 | .00 | 2718.72 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1954.06 | .00 | 194.74 |
| BECKET & LEE LLP | UNSECURED | 4068.58 | .00 | 373.02 |
| BECKET & LEE LLP | UNSECURED | 512.48 | .00 | 51.07 |
| FIA CARD SERVICES | UNSECURED | 3192.23 | .00 | 318.14 |
| BLOOMINGDALES | UNSECURED | 300.35 | .00 | 29.94 |
| BRADLEY OPERATING LP | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2500.75 | .00 | 249.22 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 5079.01 | .00 | 487.32 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 807.20 | .00 | 528.48 |
| DISCOVER BANK | UNSECURED | 7576.90 | .00 | 755.10 |
| FEDERATED MACYS | UNSECURED | 497.58 | .00 | 49.59 |
| EXPO CREDIT SRV | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| FIRST BANK & TRUST EVANS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2783.89 | .00 | 277.44 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 565.64 | .00 | 56.37 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 461.75 | .00 | 46.02 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1299.39 | .00 | 129.50 |
| GREAT LAKES CREDIT UNION | SECURED VEHIC | 8042.02 | 653.45 | 6778.28 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6631.17 | .00 | 660.86 |

```
ECAST SETTLEMENT CORPORA UNSECURED       2250.04              .00       224.24
ECAST SETTLEMENT CORP    UNSECURED       3503.31              .00       349.15
ECAST SETTLEMENT CORP    UNSECURED       1590.24              .00       158.48
ECAST SETTLEMENT CORP    UNSECURED       1417.79              .00       141.30
ECAST SETTLEMENT CORP    UNSECURED        280.00              .00        27.90
ECAST SETTLEMENT CORP    UNSECURED        901.56              .00        89.85
ECAST SETTLEMENT CORPORA UNSECURED        395.20              .00        39.38
NICOR GAS                UNSECURED        220.50              .00        21.97
NORDSTROM FSB            UNSECURED        906.53              .00        90.34
RESURGENT CAPITAL SERVIC UNSECURED       5264.90              .00       524.69
ILLINOIS STUDENT ASSIST  UNSECURED       9469.71              .00       943.73
SALLIE MAE SERVICING COR UNSECURED      NOT FILED             .00          .00
SALLIE MAE SERVICING COR UNSECURED      NOT FILED             .00          .00
ECAST SETTLEMENT CORPORA UNSECURED       1191.19              .00       118.72
SEARS                    UNSECURED      NOT FILED             .00          .00
RESURGENT CAPITAL SERVIC UNSECURED        225.29              .00        22.45
LIBERTYVILLE BANK & TRUS UNSECURED      62662.56              .00      6244.87
TARGET NATIONAL BANK     UNSECURED       1962.18              .00       195.55
WASHINGTON MUTUAL CARD S UNSECURED      NOT FILED             .00          .00
WELLS FARGO FINANCIAL IN UNSECURED       2913.05              .00       290.31
WORLD FINANCIAL NETWORK  UNSECURED        450.48              .00        44.89
WORLD FINANCIAL NETWORK  UNSECURED       1434.14              .00       142.93
WORLD FINANCIAL NETWORK  UNSECURED        266.47              .00        26.56
RESURGENT CAPITAL SERVIC UNSECURED        435.40              .00        43.39
GREAT LAKES CREDIT UNION UNSECURED      11515.23              .00      1147.59
HOME LOAN SERVICES INC   MORTGAGE ARRE   442.05              .00       442.05
RESURGENT CAPITAL SERVIC UNSECURED       1384.84              .00       138.02
WORLD FINANCIAL NETWORK  UNSECURED         27.00              .00         2.69
ECAST SETTLEMENT CORP    UNSECURED       1189.47              .00       118.54
BECKET & LEE LLP         UNSECURED        374.27              .00        31.75
       Summary of disbursements:
------------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED       OTHER       TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    27923.12     2718.72    150462.33         .00   181104.17
PRINCIPAL PAID        25118.24     2718.72     15386.10         .00    43223.06
INTEREST PAID          1814.99         .00          .00         .00     1814.99
TOTAL PAID            26933.23     2718.72     15386.10         .00    45038.05
```

The Debtor's attorney, LEGAL HELPERS PC                , was allowed $   3000.00
and was paid $   1500.00   direct and $   1500.00   through the plan.

The Trustee received $   2325.95 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/11/09                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

```
                              PAGE   3
     CASE NO. 07 B 00911 RICARDO ROMAN & IRMA J ROMAN
```